CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 14 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **RICHARD L. CREWS,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 7:07cv00384 |
| | ) | |
| **v.** | ) | <u>FINAL ORDER</u> |
| | ) | |
| **LT. BROWN, et al.,** | ) | By: James C. Turk |
| **Defendants.** | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

<b>ORDERED</b> and <b>ADJUDGED</b>

that plaintiff's implicit application to proceed <u>in forma pauperis</u> in this civil action is **DENIED**, pursuant to 28 U.S.C. § 1915(g); his complaint is **DISMISSED** without prejudice; and the action is stricken from the active docket of the court.

The clerk shall send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This ___14th___ day of August, 2007.

_____
Senior United States District Judge