CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 14 2007

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICHARD L. CREWS,  )  | |
| Plaintiff,  ) | Civil Action No. 7:07cv00384 |
|   ) | |
| v.  ) | **FINAL ORDER** |
|   ) | |
| LT. BROWN, et al.,  ) | By: James C. Turk |
| Defendants.  ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that plaintiff's implicit application to proceed in forma pauperis in this civil action is **DENIED**, pursuant to 28 U.S.C. § 1915(g); his complaint is **DISMISSED** without prejudice; and the action is stricken from the active docket of the court.

The clerk shall send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This 14th day of August, 2007.

/s/ James C. Turk
Senior United States District Judge